# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

**DATE:** 5/7/15  **DAY:** 2  **CASE NO.** 12-844-SCW

**PRESIDING: STEPHEN C. WILLIAMS**

ROBERT WILLIAMS,

vs.

MICHAEL BAKER, JAMES CHANDLER, DONALD LINDENBERG, JERRY WITHOFT, GEORGE HOLTON, RYAN DAVIS,

**REPORTER:** Molly Clayton (am)

**COURTROOM DEPUTY:** Angie Vehlewald

**CONVENED:** 9:00 am
**ADJOURNED:** 1:30 pm

**RECESS:** 10:20-10:40 am

---

**Counsel for Plaintiff(s):** Michael Harrison

**Counsel for IDOC Defendant(s):** Ashley Barrett Carter and Brent Colbert

**DEFENDANT(s) WITNESSES:**
(1) Ron Hillerman       time **9:00-9:30 am**
(2) Gail Walls          time **9:30- 10:00 am**
(3) Donna Burgess       time **10:00- 10:20 am**

**Defendant rests:** 10:20 am

**EVIDENCE CLOSED:** 10:20 am       **WITNESSES EXCUSED** ___

**FINAL ARGUMENT:**
Michael Harrison on behalf of plaintiff
Ashley Carter on behalf of defendants

**MARSHAL SWORN:** 11:45 pm    **JURY RETIRES:** 11:45 pm

**JURY CORRESPONDENCE WITH JUDGE:** none

**JURY RETURNS:** 1:30 pm    **FOREPERSON:** ___

**VERDICT GIVEN TO COURT:** X    **VERDICT READ:** X    **JURY POLLED:** ___

**VERDICT:** in favor of Defendants and against Plaintiff

**JURY EXCUSED:** X

**EXHIBITS:** X   **OFFERED:** X **ADMITTED:** X   (returned to Counsel for Defendant)